IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA          )
                                  )
v.                                )          No.  3:08-CR-173
                                  )
JERRY LEE ROGERS, JR.             )


## MEMORANDUM AND ORDER

This criminal case is before the court on the defendant's motion for a continuance of the trial [docs. 13 and 17].  Counsel, by sealed affidavit, states that additional time is need to resolve the issues in this case and prepare for a resolution of the charges.  The government has no objection to the defendant's motion.

The court finds the defendant's motion well taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The court finds that the failure to grant the defendant's motion would deny counsel for the parties the necessary time resolve the issues in this case. 18 U.S.C. § 3161(h)(8)(B)(iv).  Therefore, all the time from the filing of the defendant's motion to the new trial date is excludable as provided by the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A).

Therefore, it is hereby **ORDERED** that the defendant's motion is **GRANTED**, and this criminal case is **CONTINUED** to July 15, 2009, at 9:00 a.m.

ENTER:

_____*s/ Leon Jordan*_____
United States District Judge