IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
v. ) No. 3:08-CR-173
)
JERRY LEE ROGERS, JR. )

## MEMORANDUM AND ORDER

This criminal case is before the court on the defendant's motion for a continuance of the trial [doc. 20]. The defendant states that additional time is required to complete preparations for the resolution of this criminal case. The government has no objection to the defendant's motion.

The court finds the defendant's motion well taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the parties the necessary time to prepare for resolution of this criminal case. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the filing of the defendant's motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

Therefore, it is hereby **ORDERED** that the defendant's motion is **GRANTED**, and this criminal case is **CONTINUED** to September 15, 2009, at 9:00 a.m.

ENTER:

    *s/ Leon Jordan*
United States District Judge